

**Claims Register as of 04/16/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Clark Pest Control | Attn: Lynette Smith Credit & Collections Manager | 555 N Guild Ave | | | Lodi | CA | 95240 | 03/16/2021 | General Unsecured | $5,620.00 | $5,620.00 | | | |
| 142 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | 04/12/2021 | General Unsecured | Withdrawn | Withdrawn | | | |
| 142 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | 04/12/2021 | Secured | Withdrawn | | Withdrawn | | |
| 153 | GreatWay Roofing | Attn: Dawn Espinosa | 622 Calle Plano | | | Camarillo | CA | 93012 | 04/15/2021 | General Unsecured | $965.00 | $965.00 | | | |